CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
 8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

JEFFREY A. CHEN (SBN: 189514)
jeffchenlaw@gmail.com
LAW OFFICES OF JEFFREY A. CHEN
2010 Crow Canyon Place, Suite 100
San Ramon, CA 94583
Telephone: (415) 369-9089
Facsimile: (415) 358-8048
Attorney for Defendants
Panco Development, Inc. and Flora Myint Teo

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>    v.<br><br>PANCO DEVELOPMENT, INC., a California Corporation;<br>FLORA MYINT TEO; and Does 1-10,<br><br>    Defendants. | Case: 4:19-CV-06539-KAW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATOIN**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: November 4, 2020          CENTER FOR DISABILITY ACCESS

                                            By:   /s/Amanda Seabock
                                                     Amanda Seabock
                                                     Attorney for Plaintiff

Dated: November 4, 2020          LAW OFFICES OF JEFFREY A. CHEN

                                            By:   /s/Jeffrey A. Chen
                                                   Jeffrey A. Chen
                                                   Attorney for Defendants
                                                   Panco Development, Inc. and Flora Myint Teo

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Jeffrey A. Chen, counsel for Panco Development, Inc. and Flora Myint Teo, and that I have obtained authorization to affix his electronic signature to this document.

Dated: November 4, 2020        CENTER FOR DISABILITY ACCESS

                               By:   /s/Amanda Seabock
                                     Amanda Seabock
                                     Attorney for Plaintiff